Kenneth Michael JULIAN,
Plaintiff–Appellee,

v.

UNITED STATES DEPARTMENT OF
JUSTICE, Defendant–Appellant.

Margaret J. WALLACE,
Plaintiff–Appellee,

v.

UNITED STATES PAROLE COMMIS-
SION, and Charles Turnbo, Warden,
F.C.I., Pleasanton, CA, Defendants–Ap-
pellants.

Nos. 85–2649, 85–2751.

United States Court of Appeals,
Ninth Circuit.

Oct. 12, 1988.

ON REMAND FROM THE UNITED
STATES SUPREME COURT

Before WALLACE, ALARCON and
BEEZER, Circuit Judges.

ORDER

The Supreme Court's mandate of May
16, 1988, —— U.S. ——, 108 S.Ct. 1606, 100
L.Ed.2d 1, affirmed this court's opinion in
*Julian v. U.S. Department of Justice*, No.
85–2649 and *Wallace v. U.S. Parole Com-
mission*, No. 85–2751, 806 F.2d 1411. We
remand to the district court for further
proceedings consistent with our opinion
and the Supreme Court's mandate.

Subsequent to the issuance of the Su-
preme Court's mandate, Margaret J. Wal-
lace, appearing pro per, filed or lodged in
this court the following items:

(1) "Amendment to Complaint, Emergen-
cy Motion for Damages and Clearance of
Record;"

(2) "Amendment to Complaint, Motion to
Reopen or Rehearing;"

(3) "Amendment to Complaint, Motion to
Restate or Rehearing."

* The panel finds this case appropriate for submis-
sion without oral argument pursuant to Ninth

The Clerk of this court is directed to
transmit to the Clerk, United States Dis-
trict Court for the Northern District of
California, certified copies of each of the
above-referenced papers and the district
judge is directed to dispose of the addition-
al claims of Wallace in the exercise of
original jurisdiction.